1  JOHN F. GARLAND   #117554
   Attorney at Law
2  1713 Tulare Street, Suite 221
   Fresno, California 93721
3
   Telephone: (559) 497-6132
4
   Attorney for Defendant
5  WYCONDA GOSS

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )   Case No.  1: 05 CR 00391 OWW
                                     )
11         Plaintiff,                )   WAIVER OF APPEARANCE
                                     )    AND ORDER THEREON
12         v.                        )
                                     )   DATE: March 13, 2006
13  WYCONDA GOSS,                    )   TIME: 9:00 a.m.
                                     )    PLACE: Courtroom Three
14         Defendant.                )   HONORABLE OLIVER W. WANGER
    _____)
15

16         Defendant, WYCONDA GOSS, hereby waives her right to be present in person in open

17  court upon the hearing presently set for March 13, 2006 at 9:00 a.m. in Courtroom Three of

18  the above entitled court. Defendant hereby requests the court to proceed in her absence and

19  agrees that her interests will be deemed represented at said hearing by the presence of her

20  attorney, JOHN F. GARLAND. Defendant further agrees to be present in person in court at all

21  future hearing dates to be set by the court including the date set for jury trial.

22
    Dated: March 5, 2006                              /s/ Wyconda Goss
23                                                    WYCONDA GOSS

24

25

26

27

28

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that defendant WYCONDA GOSS is hereby excused from appearing at the court hearing scheduled for March 13, 2006 at 9:00 a.m.

IT IS SO ORDERED.

IT IS SO ORDERED.

**Dated:   March 8, 2006**              /s/ Oliver W. Wanger
emm0d6                                  UNITED STATES DISTRICT JUDGE